BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES DUKE BLEVINS, III,           ) | CIVIL NO. 2:09-CV-03457 EFB |
|        Plaintiff,                                   ) | |
|                   v.                                  ) | EX PARTE MOTION FOR EXTENSION OF TIME AND ORDER |
| MICHAEL J. ASTRUE,                       ) | |
| Commissioner of                              ) | |
| Social Security,                                ) | |
|        Defendant.                              ) | |

Defendant, through his undersigned attorney, moves for a 30-day extension of time up to and including May 24, 2009 (day 30 falls on a Sunday), in which to respond to Plaintiff's Motion for Miscellaneous Relief.  This extension is being sought because of a heavy work load and previously scheduled leave of the undersigned counsel for the Commissioner.  From mid-March through April,23, 2010, Counsel has had to or will have to file briefs in 12 district court cases plus she has drafted voluntary remand requests in 3 additional cases and is drafting a brief in a Ninth Circuit case.  Counsel will be out of the office from April 26 through May 7, 2010 and must complete and file 4 of the aforementioned briefs prior to her departure.  Given this work load, Counsel is unable to complete the Commissioner's brief by the April 23, 2010 due date and respectfully requests an additional 30 days.

Respectfully submitted,

Dated: April 22, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

### ORDER

APPROVED AND SO ORDERED. Defendant's motion for an extension of time, Dckt. No. 15, is granted. Defendant shall have until May 24, 2010 to file a response to plaintiff's miscellaneous motions for relief, Dckt. Nos. 11, 12, 14.

DATED: April 27, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE