IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DUKE BLEVINS, III,

      Plaintiff,         No. CIV S-09-3457 EFB

      vs.

MICHAEL J. ASTRUE,         <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

      On January 21, 2011, the court ordered plaintiff to file his motion for summary judgment or remand within 30 days, and to show cause why it had not already been filed. On February 10, 2011, plaintiff filed the motion, explaining that he had misinterpreted the court's previous order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The court's January 21, 2011 order to show cause is discharged;

      2. The Commissioner shall file his cross-motion for summary judgment within 30 days of the date of this order; and

      3. Plaintiff may file a reply brief responding to defendant's arguments within 7 days of the date defendant's motion is filed.

DATED: February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE